UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NATIONAL DAY LABORER ORGANIZING
NETWORK, CENTER FOR CONSTITUTIONAL
RIGHTS, and IMMIGRATION JUSTICE
CLINIC OF THE BENJAMIN N. CARDOZO
SCHOOL OF LAW,

ECF CASE

10 CV 3488 (SAS) (KNF)

[Rel. 10 CV 2705]

*Plaintiffs,*

v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT AGENCY,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, FEDERAL BUREAU
OF INVESTIGATION, and OFFICE OF LEGAL
COUNSEL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/10
```

*Defendants.*

------------------------------------------------------------X

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Norman R. Cerullo, counsel for the National Day Laborer Organizing Network;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeremy D. Schildcrout |
| Firm Name: | Mayer Brown LLP |
| Address: | 1675 Broadway |
| City/State/Zip: | New York, NY 10019 |
| Telephone/Fax: | (212) 506-2339 / (212) 849-5939 |
| Email Address: | jschildcrout@mayerbrown.com |

is admitted to practice *pro hac vice* as counsel for the National Day Laborer Organizing Network in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December \_\_, 2010

_____
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York