<u>**NDLON et al. v. ICE, et al.**</u>**, No. 10 Civ. 10-3488 (S.D.N.Y.) (SAS)**

**Vaughn Index for Documents Produced by Defendant EOIR**

This index contains a description of the records withheld in part by defendant EOIR pursuant to FOIA Exemptions.  Any portion of a document that is reasonably segregable from the information subject to an exemption has been released.  Bates numbered pages not accounted for on this index contain no redactions and have been released in full.

| Bates Number(s) | Date of Document | Description of Document | Exemption(s) | Description of Information Withheld |
|---|---|---|---|---|
| EOIR00009-EOIR00012 | September 17, 2010 | EOIR Correspondence Control Sheet attaching DHS response to inquiry from The Honorable Zoe Lofgren dated September 7, 2010. | (b)(6) | Employee telephone numbers. |
| EOIR00013-EOIR00018 | August 2, 2010 | EOIR Correspondence Control Sheet attaching letter from The Honorable Zoe Lofgren to Secretary Janet Napolitano and Attorney General Eric Holder dated July 27, 2010. | (b)(6) | Employee telephone numbers. |
| EOIR00019-EOIR00027 | July 23, 2010 | EOIR Correspondence Control Sheet attaching letter from San Francisco Chief of Police George Gascon to Attorney General Eric Holder dated July 9, 2010. | (b)(6) | Employee telephone numbers. |