UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL DAY LABORER
ORGANIZING NETWORK, *et al.*,

              Plaintiffs,

  - against -

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT AGENCY, *et al.*,

              Defendants.
------------------------------------------------------------X

**ORDER**

**10 Civ. 3488 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On February 3, 2011, this Court issued an Opinion and Order in this matter [Docket No. 39]. This Opinion and Order is hereby withdrawn, effective immediately.

SO ORDERED:

*Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
              February 4, 2011

2/4/11    1

- **Appearances** -

## For Plaintiffs:

Bridget Kessler, Esq.
Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Ave., Rm 1154
New York, New York 10003
(212) 790-0213

Norman Cerullo, Esq.
Anthony J. Diana, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
(212) 506-2500

Sunita Patel, Esq.
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

## For Defendants:

Joseph N. Cordaro
Christopher Connolly
Assistant U. S. Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10004
(212) 637-2745/2761