# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __66__

---

National Day Laborer Organizing Network, et al!

-v-

U.S. Immigration and Customs Enforcement, et al.

U.S.C.A. # __11-711__

U.S.D.C. # __10 civ 3488__

JUDGE: __SAS__

DATE: __March 7, 2011__

---

## NOTICE TO THE DOCKET CLERK

(__✓__) SUPPLEMENTAL INDEX

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the __7th__ Day of __March__, 2011.

Rev. 1/03/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Day Laborer Organizing Network, el al.

-v-

U.S. Immigration and Customs Enforcement, et al.

U.S.C.A. # 11-711
U.S.D.C. # 10 civ 3488
JUDGE: SAS
DATE: March 7, 2011

| 1st | **SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL** |

PREPARED BY (NAME): Calvin Coleman
FIRM: U.S. Dept of Justice, U.S. Attorney's Office, SDNY
ADDRESS: 86 Chambers St.
NYC 10007
PHONE NO.: (212) 637 0719

DISTRICT COURT DOCKET ENTRIES

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| 1. SUPPLEMENTAL CLERK'S CERTIFICATE | -- |
| 2. Rule 7.1 | #2 |
| 3. Transcript | #26 |
| 4. Transcript | #27 |
| 5. Transcript | #38 |
| 6. Transcript | #52 |
| 7. | |
| 8. | |
| 9. | |

Rev. 5/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Day Laborer Organizing Network, et al.

-v-

U.S. Immigration and Customs Enforcement, et al.

U.S.C.A. # 11-711

U.S.D.C. # 10 civ 3488

JUDGE: SAS

DATE: March 7, 2011

## 1ST SUPPLEMENTAL CLERK'S CERTIFICATE

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered 1 through 65, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 7th Day of March In this year of our Lord, Two Thousand and Eleven, and the Independence of the United States this 235th year.

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 1/03/11

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

National Day Laborer Organizing Network, et al.

-v-

U.S. Immigration and Customs Enforcement, et al.

Date: March 7, 2011

USCA NO. 11-711

SDNY NO. 10 civ 3488

JUDGE: SAS

## Extract of Docket Entries

| DATE | DOCUMENTS DESCRIPTION |
|---|---|
| 4/27/10 | Rule 7.7 |
| 1/4/11 | Transcript |
| 1.4.11 | Transcript |
| 2.2.11 | Transcript |
| 2.17.11 | Transcript |

Ruby J. Krajick, Clerk

By: _____
Deputy Clerk