1

13vWndlC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  NATIONAL DAY LABORER ORGANIZING
   NETWORK, CENTER FOR CONSTITUTIONAL
4  RIGHTS, and IMMIGRATION JUSTICE
   CLINIC OF THE BENJAMIN N. CARDOZO
5  SCHOOL OF LAW,

6             Plaintiffs,

7        v.                          10 CV 3488 (SAS)

8  UNITED STATES IMMIGRATION AND
   CUSTOMS ENFORCEMENT AGENCY,
9  UNITED STATES DEPARTMENT OF
   HOMELAND SECURITY, EXECUTIVE
10 OFFICE FOR IMMIGRATION REVIEW,
   FEDERAL BUREAU OF
11 INVESTIGATION, and OFFICE OF
   LEGAL COUNSEL,
12
             Defendants.
13

14 ------------------------------x

15                                  New York, N.Y.
                                    March 31, 2011
16                                  2:45 p.m.

17 Before:

18

19             HON. SHIRA A. SCHEINDLIN,

20                                  District Judge

21

22

23

24

25

13vWndlC

1                            APPEARANCES

2    MAYER BROWN LLP
          Attorneys for Plaintiffs
3    BY:  ANTHONY J. DIANA
          LISA R. PLUSH
4         -and-
     CARDOZO IMMIGRATION JUSTICE CLINIC
5    BY:  BRIDGET KESSLER
          PETER MARKOWITZ
6
     U.S. DEPARTMENT OF JUSTICE
7    U.S. ATTORNEY'S OFFICE
     SOUTHERN DISTRICT OF NEW YORK
8         Attorneys for Defendants
     BY:  JOSEPH N. CORDARO
9         CHRISTOPHER CONNOLLY
          CHRISTOPHER B. HARWOOD
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

13vWndlC

```
 1            (Case called)
 2            THE COURT:  Please be seated.  Good afternoon,
 3   Ms. Kessler.
 4            Are you Mr. Markowitz?
 5            MR. MARKOWITZ:  I am.
 6            THE COURT:  Mr. Diana, Ms. Plush, good afternoon.
 7            Mr. Cordaro.
 8            MR. CORDARO:  Good afternoon, your Honor.
 9            THE COURT:  Mr. Connolly, Mr. Harwood, good afternoon.
10            Are we here for a report, an update?
11            MS. KESSLER:  Yes, your Honor.
12            THE COURT:  Okay.
13            MS. KESSLER:  So we're happy to report that the
14   parties have agreed on all essential terms to the stipulation
15   about the sampling of individual records.  We're still working
16   out some details.  In the last few days, one significant issue
17   arose, and we've been able to resolve that issue with respect
18   to one of the agencies and are still working it out and hope to
19   come to a similar resolution with the other three agencies.
20   But we'd ask the Court today to order a date for submission of
21   the stipulation sometime next week, probably Thursday.  And we
22   apologize for coming here today, taking the Court's time, but
23   we are assured that this resolution might not have happened
24   were we not to have this court date on the calendar.
25            THE COURT:  Actually, you didn't take my time.  I took
```

13vWndlC

1    yours.  I'm at least 20 minutes late for this conference.  But,

2    in any event, what's the government's view on that request?

3          MR. CORDARO:  Your Honor, Joseph Cordaro for the

4    government.

5          We obviously agree with that request.  We think that's

6    a good idea, and I just want to say from the government's

7    standpoint, we're hopeful that the negotiations that have led

8    us to at least this point today are the first step in a larger

9    process that hopefully will reach some global settlement of

10   this case down the road.  We understand there's still a

11   significant issue hanging out there that's now with the Court

12   of Appeals.  But putting that aside, there's still a lot of

13   FOIA requests.  These negotiations pertain to one section of

14   that request.

15         There are still several other sections with a lot of

16   material out there.  We're just hoping this is one step within

17   a bigger process, and I know your Honor has suggested in the

18   past that perhaps if we needed to request either your Honor or

19   a magistrate judge to help us out with that process, you would

20   be willing to entertain that request, and I just want to say

21   that from the government's standpoint, that is something we

22   definitely would be interested in, too.  But that having been

23   said, we agree with plaintiffs' request that we set a date next

24   week.

25         THE COURT:  All right.

13vWndlC

1          MS. KESSLER:  And, your Honor, if you don't mind, I'd

2     also just like to put on the record the general terms of the

3     stipulation.

4          Essentially, the plaintiffs have agreed in principle

5     to relieve I.C.E. of all obligation to produce records in

6     response to Section 3 of the second revised FOIA request.  In

7     exchange, the defendants have agreed to produce spread sheets

8     containing data for a national sample of individuals, subject

9     to secure communities and the criminal alien program, CAP, and

10    they will produce that national sample by April 30.

11         They will also for that sample produce accompanying

12    form I213s, and the date for the production of those I213s is

13    still being worked out.

14         Defendants have also agreed to produce aggregate

15    national data related to secure communities and CAP by April

16    30, and defendants have also agreed to produce five local

17    samples for individuals --

18         THE COURT:  You mean five localities?  When you say

19    local, you don't mean New York.  You mean five chosen

20    localities.

21         MS. KESSLER:  Five chosen localities, samples of

22    individuals identified by S Com and CAP in five localities and

23    those spread sheets are set to be produced by June 15.  There

24    will be I213s, accompanying I213s produced for those samples

25    and the date for the production of those forms is still yet to

13vWndlC

1    be determined.

2              Finally, I.C.E. has agreed not to seek fees for any

3    searches or productions related to the stipulation or any

4    searches or productions occurring prior to the date of the

5    signing of the stipulation.

6              THE COURT:  Okay.

7              MS. KESSLER:  Thank you.

8              THE COURT:  Anything you want to add?

9              MR. CORDARO:  May I have one second, your Honor.

10             THE COURT:  Sure.

11             MR. CORDARO:  I'm sorry.  Thank you, your Honor.

12             I just want to emphasize at this point obviously this

13   is not final.  We're coming back to the Court next week.

14             THE COURT:  I didn't appreciate that.  What

15   Ms. Kessler said is she wanted me to set a date by which the

16   stipulation had to be submitted.  I can't actually set a date

17   for coming back because I'm going to be out of town Wednesday,

18   Thursday, and Friday, so if you want to see the Court, either

19   it would have to be Monday or Tuesday or the week after.

20             MR. CORDARO:  I'm sorry.  That was some careless

21   wording on my part.  I think the idea was we would have a date

22   certain where we would submit a final stipulation to the Court.

23             THE COURT:  Thursday was suggested, Thursday it is, by

24   April 7 to submit something to the Court.  But if you want a

25   court date, as I said, it has to be the next week.  We have no

7

13vWndlC

1   court date set now for anything else.  Okay?  That's fine?

2   Nobody needs a court date set.

3            MR. CORDARO:  Thank you, your Honor.

4            THE COURT:  When is the briefing going to wrap up on

5   the stay application?

6            MR. CORDARO:  The government's reply brief is due on

7   April 11.  The plaintiff submitted their opposition yesterday.

8            THE COURT:  Then is there any need for a hearing?

9   There was talk about experts.

10           MR. DIANA:  We submitted --

11           THE COURT:  I haven't looked.

12           MR. DIANA:  We have two whether you call them experts

13  or not, but one from Strauss Friedberg, which is an e-discovery

14  firm, as well as Patrick Garby, an e-discovery specialist.

15           THE COURT:  Who?  I'm sorry?

16           MR. DIANA:  Patrick Garby.  He's an e-discovery

17  specialist at Mayer Brown.

18           Both of them submitted declarations detailing

19  different aspects of the briefing.  So I think as we discussed

20  before, I think it would be helpful to have an evidentiary

21  hearing, if you have any questions that you can direct

22  specifically to them.  Obviously there's a lot of information

23  put in their declarations and the briefs, so I think we would

24  prefer to have an evidentiary hearing.

25           THE COURT:  Or at least an oral argument.

13vWndlC

```
 1              MR. DIANA:  Or at least an oral argument.  We would
 2    prefer that, but obviously we defer to the Court.
 3              THE COURT:  I don't think anybody has standing to
 4    oppose an oral argument.  A hearing is different.  But an
 5    argument, if a judge wants oral argument, we have oral
 6    argument.
 7              Your papers come in April 11?
 8              MR. CORDARO:  Yes, your Honor.
 9              THE COURT:  An argument might be helpful.
10              What's your view on an evidentiary hearing,
11    Mr. Cordaro?
12              MR. CORDARO:  The government thinks that it's not
13    necessary for the context of a motion to stay pending appeal.
14    Obviously if the Court orders oral argument --
15              THE COURT:  Oral argument is obviously a different
16    thing.  I'm thinking Thursday, April 21, I could have an oral
17    argument at 11.  Is that all right?
18              MR. DIANA:  Fine for plaintiffs.
19              THE COURT:  I'm sorry.  I would do it earlier, but the
20    week is cut up with holidays.  Somebody's are at the beginning.
21    Somebody's are at the end.  Everybody's got a holiday that
22    week.  That's sort of a day when nobody does, April 21.
23              MR. CORDARO:  That date and time is fine for the
24    government.
25              THE COURT:  I'll call it an oral argument.  If after I
```

13vWndlC

1    review the submissions I think there's a need for an

2    evidentiary hearing so I can pose questions of consultants or

3    experts, I'll order it.  But right now it's just an argument.

4    11 a.m.

5            Thank you.  Anything further from the lawyers?

6            MS. KESSLER:  No.  Thank you, your Honor.

7            THE COURT:  Thank you.

8            (Proceedings adjourned)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25