UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL DAY LABORER
ORGANIZING NETWORK, *et al.*,

          Plaintiffs,

- against -

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT AGENCY, *et al.*,

          Defendants.

**ORDER**

10 Civ. 3488 (SAS)



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      This Court has been informed that the parties have recently resolved their dispute regarding the form and format in which records will be produced by defendants in this Freedom of Information Act lawsuit. In the interests of justice, this Court now believes that it would be prudent to withdraw the opinion it issued on February 7, 2011 (Docket # 41). I do so because, as subsequent submissions have shown, that decision was not based on a full and developed record. By withdrawing the decision, it is the intent of this Court that the decision shall have no precedential value in this lawsuit or in any other lawsuit.

The Court also withdraws its Supplemental Order dated February 14, 2011 (Docket # 50).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       June 17, 2011

2