**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

NATIONAL DAY LABORER ORGANIZING
NETWORK, CENTER FOR CONSTITUTIONAL
RIGHTS, and IMMIGRATION JUSTICE
CLINIC OF THE BENJAMIN N. CARDOZO
SCHOOL OF LAW,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/11

**ECF CASE**

10-CV-3488 (SAS)(KNF)

                              *Plaintiffs,*                    **ORDER**

                  v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT AGENCY,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,
FEDERAL BUREAU OF INVESTIGATION, and
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,

                              *Defendants.*

-----------------------------------------------------------X

## ORDER

WHEREAS Defendants Department of Homeland Security (DHS), Immigration

and Customs Enforcement (ICE), Federal Bureau of Investigation (FBI) and the

Executive Office for Immigration Review (EOIR) (collectively "FPL Defendants") and

the National Day Laborer Organizing Network, Center for Constitutional Rights, and

Immigration Justice Clinic of the Benjamin N. Cardozo School of Law (collectively

"Plaintiffs") entered into an agreed upon Final Production List Stipulation ("FPL

Stipulation") on July 12, 2011;

WHEREAS the FPL Defendants and Plaintiffs met and conferred regarding a

schedule for production of records pursuant to the FPL Stipulation;

WHEREAS the Court considered arguments by FPL Defendants and Plaintiffs regarding the schedule for production of records pursuant to the FPL Stipulation ("FPL Records");

It is hereby ORDERED:

1. DHS shall produce responsive FPL Records in accordance with the following schedule:

    a. Initial production no later than July 29, 2011;

    b. 1,500 pages no later than August 12th;

    c. 1,500 pages no later than August 26th;

    d. All remaining pages no later than September 19th.

2. FBI shall produce responsive FPL Records in accordance with the following schedule:

    a. Initial production no later than July 29th;

    b. 5,000 pages no later than August 12th;

    c. 5,000 pages no later than August 26th;

    d. 5,000 pages no later than September 9th;

    e. All remaining pages no later than September 12th.

3. ICE shall produce 5,000 pages of responsive FPL Records no later than August 15th.

SO ORDERED:

HON. SHIRA A. SCHEINDLIN
United States District Judge

Dated: New York, New York
July 29, 2011