**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| NATIONAL DAY LABORER ORGANIZING NETWORK, CENTER FOR CONSTITUTIONAL RIGHTS, and IMMIGRATION JUSTICE CLINIC OF THE BENJAMIN N. CARDOZO SCHOOL OF LAW, | ECF CASE<br><br>10 CV 3488 (SAS)(KNF)<br><br>[Rel. 10 CV 2705] |

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT AGENCY,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,
FEDERAL BUREAU OF INVESTIGATION,
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, and OFFICE OF LEGAL COUNSEL

*Defendants*.

-------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the annexed: (1) Declaration of Sunita Patel, dated March 26, 2012, together with the exhibits annexed thereto and (2) accompanying Memorandum of Law, Plaintiffs National Day Laborer Organizing Network, Center for Constitutional Rights, and the Kathryn O. Greenberg Immigration Justice Clinic of the Benjamin N. Cardozo School of Law, by and through their respective counsel, will move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on such date and at such time as the Court may direct, for an order granting Plaintiffs' instant Cross-Motion for Partial Summary Judgment

on Adequacy of Search for Defendants' Opt-Out and Rapid Production List productions, and for such other and further relief as this Court may deem just and proper.

Dated: March 26, 2012
      New York, New York

Respectfully submitted,

/s/
SUNITA PATEL
GHITA SCHWARZ
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212-614-6439
Fax: 212-614-6499
SPatel@ccrjustice.org
GSchwarz@ccrjustice.org

*Attorneys for CCR and NDLON*

/s/
SONIA R. LIN
PETER L. MARKOWITZ
Kathryn O. Greenberg Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, New York 10003
Tel: 212-790-0213
Fax: 212-790-0256
slin@yu.edu
pmarkowi@yu.edu

*Attorneys for IJC and NDLON*

/s/
ANTHONY J. DIANA
THERESE CRAPARO
JEREMY D. SCHILDCROUT
JARMAN RUSSELL
BRIDGET P. KESSLER
Mayer Brown LLP

1675 Broadway
New York, New York 10019
Tel: 212-506-2500
Fax: 212-262-1910
adiana@mayerbrown.com
tcraparo@mayerbrown.com
jschildcrout@mayerbrown.com
jrussell@mayerbrown.com
bkessler@mayerbrown.com

*Attorneys for NDLON*